```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 45637
  TONY L CHURLIN
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-1340


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/13/04 and confirmed on 02/28/05.

   2.  The case was dismissed after confirmation, 10/26/2007.

   3.  The Debtor paid a total of $  20700.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                          PAID            PAID
------------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG         .00           .00             .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE    2451.29            .00         2451.29
FRANKLIN CREDIT MGMT COR  SECURED         14210.48            .00         8393.46
CITIFINANCIAL             NOTICE ONLY     NOT FILED          .00              .00
CITIFINANCIAL             SECURED          3026.00         910.40         1362.90
DUPAGE COUNTY COLLECTOR   SECURED          4000.00            .00         2362.62
PORTSMOUTH CONDOMINIUM A  SECURED          1796.25            .00         1060.97
INTERNAL REVENUE SERVICE  PRIORITY         4751.38            .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED        3065.79            .00             .00
CAPITAL ONE FINANCIAL     UNSECURED       NOT FILED           .00             .00
CERTIFIED SERVICES INC    UNSECURED       NOT FILED           .00             .00
CITI CARD                 UNSECURED       NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        3422.68            .00             .00
EMERGE MASTERCARD         UNSECURED         618.40            .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED        2420.53            .00             .00
PREMIER BANKCARD/CHARTER  UNSECURED         442.02            .00             .00
GREAT LAKES CREDIT UNION  UNSECURED        9848.49            .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       NOT FILED           .00             .00
NORDSTROM FSB             UNSECURED         547.65            .00             .00
SEARS BKRUPTCY RCVRY MCM  UNSECURED       NOT FILED           .00             .00
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                          PAID            PAID
------------------------------------------------------------------------
WFNNB/SRV MERCHANDISE     UNSECURED       NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         401.40            .00             .00
PREMIER BANKCARD/CHARTER  UNSECURED         567.06            .00             .00
PREMIER BANKCARD/CHARTER  UNSECURED         518.98            .00             .00
         Summary of disbursements:
------------------------------------------------------------------------
              SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       25484.02       4751.38      21853.00          .00     52088.40
PRINCIPAL PAID           15631.24           .00          .00          .00     15631.24
INTEREST PAID              910.40           .00          .00          .00       910.40
TOTAL PAID               16541.64           .00          .00          .00     16541.64
```
The Debtor's attorney, ROBERT N HONIG                  , was allowed $   3300.00
and was paid $     250.00   direct and $    3050.00   through the plan.

The Trustee received $      808.36 .

Refunds to the Debtor totaled $     300.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 01/10/08                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE